**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-CV-24520-WILLIAMS**

SONEET R. KAPILA, Chapter 7 Trustee for
Fountainebleau Las Vegas Holdings, LLC, *et al.*,
Debtors, Case No. 09-21481-BKC-AJC
(Jointly Administered),

      Appellant,

vs.

BRIGADE LEVERAGED CAPITAL STRUCTURES
FUND, LTD., *et al.*,

      Appellees.

_____/

## ORDER DISMISSING APPEAL AND CLOSING CASE

THIS MATTER is before the Court on Appellant's Motion to Dismiss Appeal [D.E. 39]. The Court, having reviewed the Motion, noting the agreement of the parties as approved by the Bankruptcy Court, and being otherwise duly advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED. This case is dismissed, with each party to bear its own fees and costs. All pending motions are denied as moot. The Clerk is directed to CLOSE this case.

DONE AND ORDERED in Chambers in Miami, Florida, this 17 day of February, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE